JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES RAY ERVIN,                    )    CASE NO. CV 16-5126-PA (PJW)
                                      )
              Petitioner,             )
                                      )    J U D G M E N T
         v.                           )
                                      )
JENNIFER BARRETTO,                    )
                                      )
              Respondent.             )
_____)

    Pursuant to the Order Dismissing Petition With Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action
is dismissed with prejudice.

    DATED:  November 17, 2016

                                      _____
                                      PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\LA16CV05126PA-Judgment JS6.wpd